UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ALANIZ, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>EQUISOLAR, INC.,<br><br>            Defendants. | Case No.: 1:18-cv-00205 LJO JLT<br><br>ORDER CLOSING CASE<br>(Doc. 5) |

The plaintiff has filed a notice of voluntary dismissal. (Doc.5) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **May 2, 2018**        **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE